# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL GOLDENBERG, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>NEOGENOMICS, INC., DOUGLAS VANOORT, MARK MALLON, KATHRYN MCKENZIE, and WILLIAM BONELLO,<br><br>Defendants. | Case No. 1:22-CV-10314-JHR<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER GRANTING BLEICHMAR FONTI AND AULD LLP'S MOTION TO WITHDRAW AS COUNSEL OF RECORD** |

Upon consideration of the Motion to Withdraw as Counsel, the accompanying Declaration of Javier Bleichmar, and for good cause shown,

**IT IS HEREBY ORDERED THAT**, Bleichmar Fonti & Auld LLP is hereby withdrawn as counsel of record for Plaintiff Daniel Goldenberg. The Clerk of the Court is directed to remove the above-named attorney and law firm from the docket as well as the ECF Service List.

**IT IS SO ORDERED.**

Dated: _____, 2023

_____
HON. JENNIFER H. REARDEN
UNITED STATES DISTRICT JUDGE