```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/31/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DANIEL GOLDENBERG et al.,

                Plaintiffs,

-v.-

NEOGENOMICS, INC. et al.,

                Defendants.

22 Civ. 10314 (JHR)

ORDER

---

JENNIFER H. REARDEN, District Judge:

    Before the Court is Lead Plaintiff Daniel Goldenberg's motion to appoint DiCello Levitt LLP as co-lead counsel. Lead Plaintiff has selected DiCello Levitt LLP as co-counsel and brings this motion "with the full support of the current Lead Counsel, Gibbs Law Group." ECF No. 57-1 at 11. The motion reflects that, since "getting involved in the case, DiCello Levitt has become fully integrated into the litigation team, contributing labor, resources, and expertise to the investigation, research, and drafting of the amended complaint." ECF No. 57-1 at 11. DiCello Levitt's resume reflects extensive experience in the field of securities litigation and indicates that the firm "is qualified, experienced, and generally able to conduct the litigation." *Maliarov v. Eros Int'l PLC*, No. 15 Civ. 8956 (AJN), 2016 WL 1367246, at *7 (S.D.N.Y. Apr. 5, 2016) (quoting *Foley v. Transocean Ltd.*, 272 F.R.D. 126, 131 (S.D.N.Y. 2011)). Moreover, the firm has provided "assurances that [it] will take[] all reasonable steps to avoid duplicating efforts." *Id.* at 7.

    "Neither [current] counsel for . . . Plaintiffs nor counsel for Defendants opposes the appointment of th[is] firm[] as co-lead counsel." *Tang on behalf of Coupang, Inc. v. Kim*, No. 23 Civ. 11043 (VSB), 2024 WL 4457738, at *3 (S.D.N.Y. Oct. 10, 2024); *see* ECF No. 57-1 at 6. Accordingly, Lead Plaintiff's motion is GRANTED.

    The Clerk of Court is directed to terminate ECF No. 57.

SO ORDERED.

Dated: March 31, 2025
       New York, New York

                                              JENNIFER H. REARDEN
                                              United States District Judge