**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
 DANIEL GOLDENBERG, individually and on
behalf of all others similarly situated,

                              Plaintiff,

          -against-                                              22 **CIVIL** 10314 (VEC)

                                                                 **JUDGMENT**

NEOGENOMICS, INC., DOUGLAS VANOORT,
MARK MALLON, KATHRYN MCKENZIE, and
WILLIAM BONELLO,

                              Defendants.
-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion & Order dated March 13, 2026, Defendants' motion to dismiss is

GRANTED in full. The operative Complaint, Dkt. 56, is, therefore, DISMISSED with prejudice;

accordingly, the case is closed.

**Dated:** New York, New York

        March 16, 2026

                                             **TAMMI M. HELLWIG**
                                    _____
                                             **Clerk of Court**

                         BY: _____
                                             **Deputy Clerk**